UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re: Michael David Wolok                                   Case No. 12-12649-RAM
                                                             Chapter 13

        Debtors
_____/

### *EX PARTE* MOTION TO AMEND VOLUNTARY PETITION TO ADD DEBTOR ALIAS

Debtor, Michael David Wolok, by and through undersigned counsel, hereby moves this Court to allow Debtor to amend his Voluntary Chapter 13 Bankruptcy Petition to add alias names and as grounds therefore states:

1.   Debtor Michael David Wolok filed a voluntary petition for Chapter 13 bankruptcy on February 1, 2012.

2.   Subsequent to the filing of the petition it has come to the attention of the Debtor and Debtor's undersigned counsel that certain of the Debtor's creditors have debts listed for him under the name Menachen Dovid Wolok, which the Debtor believes is a misspelling of his Hebrew name, Menachem Dovid Wolok.

3.   Debtor Michael David Wolok now requests that this Court grant him leave to amend his Voluntary Petition to include the names Menachen Dovid Wolok and Menachem Dovid Wolok as alias names of the Debtor.

4.   Undersigned counsel does not believe that any party will be prejudiced by allowing the Debtor to add alias names to his amended Voluntary Petition.

    I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Respectfully Submitted,

LEGAL SERVICES OF GREATER MIAMI, INC.

BY       /s/
      Matt Bayard Esq.
      Florida Bar No. 32209
      Attorney for Debtor
      3000 Biscayne Boulevard, Suite 500
      Miami, Florida  33137
      Telephone: (305) 438-2413