

ORDERED in the Southern District of Florida on February 23, 2012.

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re: Michael David Wolok                                        Case No. 12-12649-RAM
                                                                                Chapter 13

          Debtors
_____/

### ORDER GRANTING DEBTOR'S *EX PARTE* MOTION TO AMEND VOLUNTARY PETITION TO ADD DEBTOR ALIAS

THIS CAUSE, having come to be heard on Debtor's Ex Parte Motion to Amend Voluntary Petition to Add Debtor Alias, it is hereby Ordered: :

1. Debtor's *Ex Parte* Motion is **GRANTED**.

2. Debtor Michael David Wolok is hereby granted leave of the Court to file an Amended Voluntary Petition to include as alias names of the Debtor the names Menachen Dovid Wolok and Menachem Dovid Wolok.

### 

Attorney Matt Bayard Esq. is directed to serve a conformed copy of this Order on all interested parties.