B6C (Official Form 6C) (4/10)

In re  Michael David Wolok

Debtor

Case No. 12-12649-RAM

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** Debtors homestead residence located at 1750 NE 191 Street, Apt. 223E, Miami, FL 33179 | Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01 & 222.02 | 0.00 | 22,500.00 |
| **Cash on Hand** Debtor has two uncashed checks in his possession for retroactive and regular benefits payments made to him by the Social Security Adminstration Location: 1750 NE 191 Street, Apt. 223E, Miami FL 33179 | 42 U.S.C. 407 | 2,722.00 | 2,722.00 |
| **Household Goods and Furnishings** Living Room desk and chair Location: 1750 NE 191 Street, Apt. 223E, Miami FL 33179 | Fla. Const. art. X, § 4(a)(2) | 5.00 | 5.00 |
| Living Room book case Location: 1750 NE 191 Street, Apt. 223E, Miami FL 33179 | Fla. Const. art. X, § 4(a)(2) | 10.00 | 10.00 |
| Living Room Plastic Containers Location: 1750 NE 191 Street, Apt. 223E, Miami FL 33179 | Fla. Const. art. X, § 4(a)(2) | 5.00 | 5.00 |
| Microwave stand Location: 1750 NE 191 Street, Apt. 223E, Miami FL 33179 | Fla. Const. art. X, § 4(a)(2) | 5.00 | 5.00 |
| Living Room folding tables Location: 1750 NE 191 Street, Apt. 223E, Miami FL 33179 | Fla. Const. art. X, § 4(a)(2) | 10.00 | 10.00 |
| Living Room plastic drawers (4) Location: 1750 NE 191 Street, Apt. 223E, Miami FL 33179 | Fla. Const. art. X, § 4(a)(2) | 0.00 | 0.00 |
| Living Room filing cabinet Location: 1750 NE 191 Street, Apt. 223E, Miami FL 33179 | Fla. Const. art. X, § 4(a)(2) | 50.00 | 50.00 |
| Kitchen tables (2) Location: 1750 NE 191 Street, Apt. 223E, Miami FL 33179 | Fla. Const. art. X, § 4(a)(2) | 100.00 | 100.00 |
| Kitchen Pizza Oven (inoperable) Location: 1750 NE 191 Street, Apt. 223E, Miami FL 33179 | Fla. Const. art. X, § 4(a)(2) | 2.00 | 2.00 |
| Bedroom bed Location: 1750 NE 191 Street, Apt. 223E, Miami FL 33179 | Fla. Const. art. X, § 4(a)(2) | 75.00 | 75.00 |

__2__  continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6C (Official Form 6C) (4/10) -- Cont.

In re  Michael David Wolok                                    Case No. 12-12649-RAM
                          Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Bedroom cart<br>Location: 1750 NE 191 Street, Apt. 223E, Miami FL 33179 | Fla. Const. art. X, § 4(a)(2) | 5.00 | 5.00 |
| Bedroom recliner (used)<br>Location: 1750 NE 191 Street, Apt. 223E, Miami FL 33179 | Fla. Const. art. X, § 4(a)(2) | 5.00 | 5.00 |
| Bedroom ladder<br>Location: 1750 NE 191 Street, Apt. 223E, Miami FL 33179 | Fla. Const. art. X, § 4(a)(2) | 20.00 | 20.00 |
| Printer<br>Location: 1750 NE 191 Street, Apt. 223E, Miami FL 33179 | Fla. Const. art. X, § 4(a)(2) | 100.00 | 100.00 |
| Lamp<br>Location: 1750 NE 191 Street, Apt. 223E, Miami FL 33179 | Fla. Const. art. X, § 4(a)(2) | 5.00 | 5.00 |
| **Books, Pictures and Other Art Objects; Collectibles**<br>Books<br>Location: 1750 NE 191 Street, Apt. 223E, Miami FL 33179 | Fla. Const. art. X, § 4(a)(2) | 100.00 | 100.00 |
| Wall Clock<br>Location: 1750 NE 191 Street, Apt. 223E, Miami FL 33179 | Fla. Const. art. X, § 4(a)(2) | 25.00 | 25.00 |
| Debtors collection of miscelleanous items including hairbrushes, paper reems, nuts and bolds, nails, etc.<br>Location: 1750 NE 191 Street, Apt. 223E, Miami FL 33179 | Fla. Const. art. X, § 4(a)(2) | 200.00 | 200.00 |
| **Wearing Apparel**<br>Clothes and Shoes<br>Location: 1750 NE 191 Street, Apt. 223E, Miami FL 33179 | Fla. Const. art. X, § 4(a)(2) | 200.00 | 200.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment**<br>.38 caliber revolver<br>Location: 1750 NE 191 Street, Apt. 223E, Miami FL 33179 | Fla. Const. art. X, § 4(a)(2) | 50.00 | 50.00 |
| Camera<br>Location: 1750 NE 191 Street, Apt. 223E, Miami FL 33179 | Fla. Const. art. X, § 4(a)(2) | 5.00 | 5.00 |
| Chess board (no chess pieces)<br>Location: 1750 NE 191 Street, Apt. 223E, Miami FL 33179 | Fla. Const. art. X, § 4(a)(2) | 1.00 | 1.00 |

Sheet   1   of   2   continuation sheets attached to the Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re   Michael David Wolok                                                     Case No. 12-12649-RAM
                                        Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Animals** | | | |
| Cat "Goldy" <br> Location: 1750 NE 191 Street, Apt. 223E, Miami FL 33179 | Fla. Const. art. X, § 4(a)(2) | 1.00 | 1.00 |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| Porch ladder <br> Location: 1750 NE 191 Street, Apt. 223E, Miami FL 33179 | Fla. Const. art. X, § 4(a)(2) | 10.00 | 10.00 |
| Debtor's safe (inoperable and empty) <br> Location: 1750 NE 191 Street, Apt. 223E, Miami FL 33179 | Fla. Const. art. X, § 4(a)(2) | 10.00 | 10.00 |
| | Total: | **3,721.00** | **26,221.00** |

Sheet   2   of   2   continuation sheets attached to the Schedule of Property Claimed as Exempt

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Michael David Wolok**　　　　　　　　　　　　　　　　　　　　　　Case No. 12-12649-RAM
　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　Chapter  **13**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __3__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **5-8-2012**　　　　　　　　　　　Signature  **/s/ Michael David Wolok**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**Michael David Wolok**
　　　　　　　　　　　　　　　　　　　　　　　　　　　Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com　　　　　　　　　　　　　　　　　　　　　Best Case Bankruptcy